UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ITZEL CABRERAGUITRON, | CASE NO. 3:23-cv-05764-DGE |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE (DKT. NO. 26) |
| v. | |
| MAY TRUCKING COMPANY et al., | |
| Defendants. | |

Before the Court is the parties' stipulated motion to continue trial date and case schedule deadlines. (Dkt. No. 26.) The Court GRANTS the stipulated motion. The new trial date and pretrial deadlines SHALL be as follows:

| Event | Date |
|---|---|
| EIGHT DAY JURY TRIAL set for 9:00 AM | June 23, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 16, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | January 15, 2025 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE (DKT. NO. 26) - 1

| All motions related to discovery must be filed by | January 20, 2025 |
|---|---|
| Discovery completed by | January 27, 2025 |
| All dispositive motions must be filed by | February 25, 2025 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | May 19, 2025 |
| Agreed pretrial order filed with the Court by | June 3, 2025 |
| Pretrial conference will be held at 01:30 PM on | June 13, 2025 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | June 3, 2025 |

Dated this 17th day of June 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE (DKT. NO. 26) - 2